# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CHANEL, INC., a New York corporation,**

    **Plaintiff,**

v.                                                               Case No.  8:06-cv-546-T-30EAJ

**LUCIA MARGARITA FAIRCHILD,**
**d/b/a FANTASTICREPLICA.COM,**
**and DOES 1-10,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

The Court has been advised by Plaintiff's counsel Stephen Gaffigan that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on April 16, 2007.

                                                                   JAMES S. MOODY, JR.
                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-546.dismissal.wpd